AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Gary Smallwood

**V.**

Allied Pickfords, LLC (Abu Dhabi); Sirva, Inc.;
Atlas Transfer & Storage Co.; Allied Van Lines, Inc.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:     08CV2196-BTM(WVG)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Case is Dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees, experts' fees, and costs.

| March 15, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk

ENTERED ON March 15, 2012

08CV2196-BTM(WVG)